```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Corbin Debiak,                       :
                                     :
                                     :    21 CV 3076 (LAP)
                    Plaintiff(s),    :
                                     :         ORDER
        -against-                    :
                                     :
Perspecta Inc, et al.,               :
                                     :
                                     :
                    Defendant(s).    :
                                     :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall confer and inform Judge Preska by letter no later than September 15, 2021 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: September 8, 2021
New York, New York